[ECF No. 19]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| EMILY BACCARI, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAMPBELL SOUP COMPANY, et al.<br><br>　　　　Defendant. | Civil No. 21-4749-NLH-SAK |

## ORDER

This matter having been brought before the Court via Consent Agreement between counsel for Plaintiffs and Defendants [ECF Nos. 18, 19] for an order extending Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint until the Court's ruling on the pending motion to consolidate this case with *Smid v. Campbell Soup Co.,* No. 1:21-cv-2417-NLH-SAK (D.N.J.) ("*Smid Action*"); and the Court having considered the moving papers; and for good cause shown pursuant to L. Civ. R. 6.1;

IT IS this **9th** day of **June 2021**, hereby **ORDERED**

1. Should the Court grant the pending Consolidation Motion (ECF No. 19) in the *Smid Action* and allow the filing of a Consolidated Amended Complaint, Defendants' time to answer, move, or otherwise respond to the complaint shall be **thirty (30) days** after the filing of the Consolidated Amended Complaint; or

2. Should the Court deny the pending Consolidation Motion (ECF No. 19) in the *Smid Action*, Defendants' time to answer, move, or otherwise respond to the complaint shall be **thirty (30) days** following the denial.

　　　　　　　　　　　　　　　　　　　　　　　s/ Sharon A. King
　　　　　　　　　　　　　　　　　　　　　　　SHARON A. KING
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge